ARTHUR L. BRUNING, Respondent, *v.* OLIVE R. BRUNING, Appellant, et al., Defendants.

Argued April 7, 1953; decided April 23, 1953.

*Benjamin Shedler, Philip Gelfand* and *Jacob Rabinowitz* for appellant.

*Thomas A. McDonald* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.